IN THE SUPREME COURT OF THE STATE OF DELAWARE

CHRISTOPHER HONAKER, §
§ No. 362, 2023
Defendant Below, §
Appellant, § Court Below–Superior Court
§ of the State of Delaware
v. §
§ Cr. ID No. 2112010363 (K)
STATE OF DELAWARE, §
§
Appellee. §

Submitted: February 5, 2024
Decided: February 16, 2024

## <u>ORDER</u>

On January 8, 2024, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant because he had not filed an opening brief by the January 3, 2024 deadline set by the Court. On January 22, 2024, the Chief Deputy Clerk issued a notice, sent by certified mail, to the appellant directing him to show cause why this appeal should not be dismissed for his failure to file an opening brief. The appellant received the notice on January 23, 2024. A timely response to the notice was due on or before February 2, 2024. To date, the appellant has neither responded to the notice to show cause nor filed an opening brief. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice